UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH WOODENS, :

    Petitioner :
                                      CIVIL ACTION NO. 3:14-0212

v. :
                                     (Judge Mannion)

KENNETH CAMERON, *et al.*, :

    Respondents :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.    The above captioned petition for writ of habeas corpus is **DENIED**.

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated: January 18, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0212-01-ORDER.wpd